# TENTATIVE RULING

## ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor: SHERYLON M CLIMAX

Number: 17-05681-LA13

Hearing: 02:00 PM   Wednesday, March 20, 2019

Motion: TRUSTEE'S MOTION TO DISMISS CASE

Motion to Dismiss **SUSPENDED ON CONDITIONS**.

1. Debtor's plan is now over-limit for completion within 60 months. Debtor must execute a post-confirmation modification to the plan, increasing plan payments to $670.00/mo. in order to bring the plan within the targeted completion date. The PCM must be submitted to the trustee within 2 weeks of this hearing. Failure to do so will be grounds for the trustee to submit a dismissal order without further hearing.

2. Debtor(s) to make timely plan payments of $ 670.00  /mo. on 3/19, 4/19 and 5/19/2019. A timely plan payment is one which is posted to the trustee's account within 2 weeks of its due date. If debtor(s) makes all increased plan payments, this motion will go off calendar and the Ch. 13 case will continue. If debtor(s) miss any of the above-stated payments, the trustee may upload an order dismissing this case without further hearing.

   If counsel for the debtor is prepared to accept the tentative ruling, s/he should inform the trustee and the courtroom deputy and appearances will be excused. In that event, a guideline fee will be awarded for services in connection with this motion.