# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|   |   |
|---|---|
| **Debtor:** | SHERYLON M CLIMAX |
| **Case Number:** | 17-05681-LA13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 20, 2019 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | TESS BOBIS |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

TRUSTEE'S MOTION TO DISMISS CASE

### Appearances:

APPEARANCES EXCUSED

### Disposition:

Tentative Ruling of the Court is Affirmed. Appearance Waived.