CSD 2200 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
Kathleen Cashman-Kramer [SBN 128861] Staff Attorney
401 West A Street, Suite 1680
San Diego, CA 92101
(619) 233-7525 (Phone)

Order Entered on
June 25, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
SHERYLON M. CLIMAX

Debtor.

BANKRUPTCY NO. 17-05681-LA13

Date of Hearing:  March 20, 2019
Time of Hearing:  2:00 p.m.
Name of Judge:  Hon. Louise DeCarl Adler

## POST CONFIRMATION ORDER MODIFYING CHAPTER 13 PLAN

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __2__ .

//
//
//
//
//
//

DATED: June 24, 2019

Judge, United States Bankruptcy Court

CSD 2200

CSD 2200 [07/01/18] (Page 2)
POST CONFIRMATION ORDER MODIFYING CHAPTER 13 PLAN
DEBTOR: SHERYLON M. CLIMAX

CASE NO: 17-05681-LA13

## POST-CONFIRMATION ORDER MODIFYING CHAPTER 13 PLAN

Chapter 13 Plan Modification Dated: June 19, 2019

The confirmed Chapter 13 Plan dated 9/18/2017 shall be modified as follows:

- [x] Plan payment Debtor(s) pay to the Trustee is increased to $ 670.00**.

- [ ] General unsecured creditors will receive the greater of ____ % or a pro rata share of $ ____.

- [ ] The allowed secured claim of _____ in plan paragraph ____ shall be paid ____ % annual percentage rate of interest.

- [ ] The filed and allowed unsecured claims shall be paid ____ % annual percentage rate of interest.

- [x] ** This increase is for payments starting April 2019 and continuing through and including April 2022, and does not change the step increase schedule to begin in May 2022 to $1,346.

- [ ] _____

**Except as amended herein, the above referenced Plan shall remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney.**

Acknowledged and Agreed:

X /s/ _[signature]_
Debtor(s) or Debtor(s) Attorney
(By signing attorney represents he/she is authorized to sign on behalf of Debtor(s))

Dated: 6/21/19

X /s/ _[signature]_
Chapter 13 Trustee/Trustee's Attorney

Dated: ~~June 19, 2019~~ June 24, 2019

CSD 2200