CSD 2013 [03/01/15]

Name, Address, Telephone No. & I.D. No.

Thomas H. Billingslea, Jr., [SBN 144483] Chapter 13 Trustee
Kathleen A. Cashman-Kramer [SBN 128861] Staff Attorney
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)     (619) 233-7267 (Fax)

Order Entered on
October 24, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

SHERYLON M. CLIMAX

Debtor.

BANKRUPTCY NO. 17-05681-LA13

## ORDER ON NONCONTESTED MOTION DISMISSING CHAPTER 13 CASE

The undersigned Chapter 13 Trustee having filed and duly served a Motion to Dismiss Case with Right to Request a Hearing (Notice Docket Entry No. __25__) for the reason indicated below:

☑ Material breach in that Debtor(s) failed to make plan payments to the Trustee (either monthly or lump sum payments) pursuant to such plan; or

☐ Material breach other than missed payments in that Debtor(s) failed to comply with provisions in their confirmed plan and/or have failed to provide requested information pursuant to United States Trustee guidelines for business cases; or

☐ Failure to fully complete plan payments on or before five (5) years from commencement of this case.

No opposition or Request for Hearing having been filed within the time provided.

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. This case is dismissed without prejudice as to this debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-2(a).
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 will hereafter apply.

DATED:   October 23, 2019

_____
Judge, United States Bankruptcy Court

CSD 2013

```
                         United States Bankruptcy Court
                         Southern District of California
In re:                                                       Case No. 17-05681-LA
Sherylon M Climax                                            Chapter 13
          Debtor                CERTIFICATE OF NOTICE
District/off: 0974-3          User: Admin.               Page 1 of 2            Date Rcvd: Oct 24, 2019
                              Form ID: pdfO14            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db            #+Sherylon M Climax,    2586 Secret Canyon Place,    Chula Vista, CA 91915-1596
smg            Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
                Center Valley, PA 18034-0520
14335806      ++ALLIED INSURANCE,    1100 LOCUST STREET D1-7C-0301,    DES MOINES IA 50391-1100
               (address filed with court:  Allied Insurance,    1100 Locust St.,   Des Moines, IA 50391)
14335808      +AWA Collections,    PO Box 6605,   Orange, CA 92863-6605
14335805      +Aargon Agency Inc.,    8668 Spring Mountain Rd.,    Las Vegas, NV 89117-4132
14335807      +Automobile Club of Southern CA,    PO BOX 25001,   Santa Ana, CA 92799-5001
14339551      +CarMax Auto Finance,    225 Chastain Meadows Court Suite 210,    Kennesaw, GA 30144-5942
14335810      +Carmax Auto Finance,    12800 Tuckahoe Creek Pkwy,    Henrico, VA 23238-1124
14335813      +Edco Waste Service,    P.O. Box 6568,   Buena Park, CA 90622-6568
14335815      +First Premier Bank,    601 S. Minnesota Ave,   Sioux Falls, SD 57104-4868
14335818      +Helix Water District,    7811 University Avenue,    La Mesa, CA 91942-0427
14335820      +Infinity Insurance Company,    2201 4th Ave. N,    Birmingham, AL 35203-3863
14335819       Infinity Insurance Company,    PO Box 830189,    Birmingham, AL 35283-0189
14335823      +Nationwide Insurance,    P.O. Box 742522,   Cincinnati, OH 45274-2522
14335825      +Quest Diagnostics,    PO Box 740987,   Cincinnati, OH 45274-0987
14335826      +Silverman Theologou LLP,    11630 Chayote St. #3,    Los Angeles, CA 90049-3340
14335827      +Superior Court of CA,    County of SD, Central Div.,    330 W Broadway,
                San Diego, CA 92101-3827
14335829      +Western Dental,    530 South Main St.,   Orange, CA 92868-4544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 25 2019 02:46:04      Franchise Tax Board,
                Attn: Bankruptcy,    P.O. Box 2952,   Sacramento, CA  95812-2952
14335809      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2019 02:57:15      Capital One,
                PO Box 30281,   Salt Lake City, UT 84130-0281
14335811       E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 25 2019 02:46:01
                Credit Collection Service,    P.O. Box 9133,   Needham Heights, MA 02494-9133
14335812      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 25 2019 02:46:01
                Credit Control Services,    725 Canton St.,   Norwood, MA 02062-2679
14345901       E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 25 2019 02:46:04      FRANCHISE TAX BOARD,
                BANKRUPTCY SECTION MS A340,    PO BOX 2952,   SACRAMENTO CA 95812-2952
14335814      +E-mail/Text: bankruptcy@fcnetwork.com Oct 25 2019 02:45:58      Financial Credit Network,
                PO BOX 3084,   Visalia, CA 93278-3084
14335816      +E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 25 2019 02:46:04      Franchise Tax Board,  MS A340,
                P.O. Box 2952,   Sacramento, CA 95812-2952
14335817       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Oct 25 2019 02:44:46
                Gateway One Lending,    160 N. Riverview Dr. Ste. 100,    Anaheim, CA 92808
14335821       E-mail/Text: cio.bncmail@irs.gov Oct 25 2019 02:45:43      Internal Revenue Service,
                Centralized Insolvency Oper.,    PO Box 7346,   Philadelphia, PA 19101-7346
14335822      +E-mail/Text: BKnotice@LobelFinancial.com Oct 25 2019 02:45:50      Lobel Financial,
                PO Box 3000,   Anaheim, CA 92803-3000
14349349      +E-mail/Text: ext_ebn_inbox@navyfederal.org Oct 25 2019 02:46:03      NAVY FEDERAL CREDIT UNION,
                PO BOX 3000,   MERRIFIELD VA 22119-3000
14335824      +E-mail/Text: ext_ebn_inbox@navyfederal.org Oct 25 2019 02:46:03      Navy Federal Cr Union,
                Po Box 3700,   Merrifield, VA 22119-3700
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14335828     ##+Systematic National Collection,    3608 Ocean Ranch Blvd.,    Oceanside, CA 92056-2669
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0974-3          User: Admin.              Page 2 of 2              Date Rcvd: Oct 24, 2019
                              Form ID: pdf014           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              Ahren A. Tiller    on behalf of Debtor Sherylon M Climax atiller@blc-sd.com,
               brett.bodie@blc-sd.com;carolina@blc-sd.com;anika@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;de
               rek@blc-sd.com;ecf.blcsd@gmail.com;Megan@blc-sd.com;Nicole@blc-sd.com;4436097420@filings.docketbi
               rd.com
              Thomas H. Billingslea    Billingslea@thb.coxatwork.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                            TOTAL: 3
```